UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER DANUSIAR,                                                                    :

                Plaintiff,                                       :          **ORDER**

      -against-                                                  :          20-CV-01477(KNF)

AUDITCHAIN USA, INC., a Delaware corporation,
Matreya.io, LLC a Delaware limited liability
corporation, and Jason M. Meyers, individually,                           :

             Defendants.                                  :
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-

captioned action on October 22, 2020, at 10:00 a.m. All parties are directed to call (888) 557-

8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                      SO ORDERED:
        October 15, 2020

                                      *Kevin Nathaniel Fox*
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE