UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTOPHER DANUSIAR,                                           :

               Plaintiff,                                          :

    - against -                                                            :         ORDER

AUDITCHAIN USA, INC., a Delaware corporation, ty    :         20-CV-1477 (KNF)
Matreya.io, LLC a Delaware limited liability
corporation, and Jason M. Meyers, individually,               :

               Defendants.                                      :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on October 22, 2020.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before February 22, 2021;

2. a telephonic status conference will be held with the parties on January 13, 2021, at 12:00 p.m.  The parties shall use dial in (888) 557-8511 and enter access code 4862532;

3. any dispositive motion shall be served and filed on or before March 22, 2021; and

4. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court.

Dated:  New York, New York                  SO ORDERED:
          October 23, 2020

                                                                  _Kevin Nathaniel Fox_____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE