UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER DANUSIAR,                              :

                Plaintiff,                              :

      - against -                                    :            ORDER

AUDITCHAIN USA, INC., a Delaware corporation,      :            20-CV-1477 (KNF)
MATREYA.IO, LLC, a Delaware limited liability
corporation, and JASON M. MEYERS, individually,    :

                Defendants.                             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A settlement conference shall be held in the above-captioned action before the Hon. Sarah L. Cave on February 17, 2021, at 2:00 p.m. The conference will be held by telephone. The parties are directed to call (866) 390-1828 and, thereafter, enter access code 380-9799. The parties are also directed to review and comply with Judge Cave's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave, which may be found on the court's website.

Dated: New York, New York                    SO ORDERED:
       January 14, 2021

                                                                /s/ Kevin Nathaniel Fox
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE