```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER DANUSIAR,                           :

                Plaintiff,                      :

        - against -                             :         ORDER

AUDITCHAIN USA, INC., a Delaware corporation,   :         20-CV-1477 (KNF)
MATREYA.IO, LLC, a Delaware limited liability
corporation, and JASON M. MEYERS, individually, :

                Defendants.                     :
------------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties requested and were granted an extension of time, to April 12, 2021, to file a motion(s) pursuant to Rule 56 of the Federal Rules of Civil Procedure. See Docket Entry No. 65. The docket sheet maintained by the Clerk of Court for this action does not reflect that any Rule 56 motion was filed. Therefore, on or before April 28, 2021, the motion(s) shall be filed.

Dated: New York, New York          SO ORDERED:
       April 26, 2021

                                   _/s/ Kevin Nathaniel Fox_____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE