UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER DANUSIAR, :

        Plaintiff, :

    -against- : **ORDER OF DISMISSAL**

AUDITCHAIN USA, INC., a Delaware Corporation,:   20-CV-1477 (KNF)
MATREYA.IO, LLC, a Delaware limited liability
corporation, and JASON M. MEYERS, individually,:

        Defendants. :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It having been reported to this Court, on the 28th day of April 2021, that the above-captioned action was settled,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, either party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled. In that event, the action will be restored.

Dated: New York, New York         SO ORDERED:
       April 30, 2021

                                                           _/s/ Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE